**01–459. Riley v. St. Ann Catholic School.**
Cuyahoga App. No. 78129. On March 5, 2001, appellants filed a notice of appeal from the judgment of the court of appeals entered on December 21, 2000. S.Ct.Prac.R. II(2)(A)(1) requires that the notice of appeal be filed in the Supreme Court within forty-five days from the entry of the judgment being appealed. Whereas appellants have not filed a notice of appeal within the time for perfecting their

appeal,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.